UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MELISSA BERGER, *individually and on behalf of her* :
*infant children A.G. and M.B.*, :
:
               Plaintiff, :
: 19-CV-6229 (JMF)
  -v- :
: ORDER
ANNA WANG et al., :
:
               Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 7, 2020, the Court was advised that all claims against Defendants Dana Kaplan and Staten Island University Hospital had been settled, ECF No. 50, and the Court issued an order dismissing the case as to those Defendants without prejudice to the right to reopen the action within sixty days, ECF No. 52.  Plaintiff has now advised the Court that all claims asserted herein have been settled, and the parties intend to submit a proposed Infant Compromise Order in connection with the settlement.  ECF No. 53.

      Accordingly, and upon reflection, the prior Order of Dismissal at ECF No. 52 is VACATED (although the Clerk of Court need not delete it from ECF).  Instead, the parties shall submit their proposed Infant Compromise Order and any supporting papers by **May 29, 2020**.  All other dates and deadlines are extended *sine die*.

      The Clerk of Court is directed to reinstate Defendants Dana Kaplan and Staten Island University Hospital on the docket.

      SO ORDERED.

Dated: May 18, 2020
       New York, New York

                                             JESSE M. FURMAN
                                       United States District Judge