

**JAMES E. JOHNSON**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
### LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ELIZABETH EDMONDS**
Phone: (212) 356-0881
Fax: (212) 356-2089
eedmonds@law.nyc.gov
(not for service)

May 29, 2020

**BY ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re:  Berger v. Wang, *et al.*,
           19 CIV 6229 (JMF)(KNF)

Dear Judge Furman:

      I am the Assistant Corporation Counsel assigned to represent Defendants City of New York, Anna Wang, Theresa Castelli, Shelley Kirshenbaum, and Anthony Akinduro (together, "City Defendants") in this action concerning a child removal by the New York City Administration for Children's Services ("ACS"). I write jointly with the Hospital Defendants to respectfully request that the parties receive an extension of time of fourteen days, until June 12, 2020, to submit a proposed infant compromise order and supporting papers. Plaintiffs' counsel has consented to this request, but only for an extension until June 5, 2012.

      On May 15, 2020, Plainitffs' counsel informed the Court that the case had been settled (dkt. no. 53). On May 18, 2020, Your Honor ordered the parties to submit the proposed infant compromise order and supporting papers by today (dkt. no. 54). Plaintiffs' counsel sent the proposed draft of the infant compromise order late yesterday afternoon, but it contains certain information that is not consistent with my understanding of our previous discussions of settlement.[1] This Office and the Hospital Defendants thus require additional time to review the proposed order and to discuss its content with Plaintiffs' counsel. It is our hope that the parties may, with more time, be able to submit a single agreed-upon order to the Court for endorsement.

---

[1] I apologize for the lateness of this request, but this was an unexpected turn of events.

Accordingly, Defendants respectfully request that our time to submit a proposed infant compromise order and supporting papers be extended until June 12, 2020.

Thank you for your consideration of this request.

Respectfully,

_____s/_____

Elizabeth Edmonds
Assistant Corporation Counsel

In light of Plaintiff's filing of a proposed Infant Compromise Order, ECF No. 56, Defendants' request for an extension is denied as moot.  Defendants shall file a letter stating if they have any objections to the proposed Infant Compromise Order by **June 2, 2020**.  The Clerk of Court is directed to terminate ECF No. 55.  SO ORDERED.

*[signature]*

June 1, 2020

2